# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KASHER LAW GROUP, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIOX HEALTH, LLC<br><br>Defendant. | Civil Case No: 1:18-cv-01821-NLH-AMD |

## ORDER GRANTING MOTION TO REMAND

This matter having come before the Court upon motion by Plaintiff to remand this matter for lack of federal subject matter jurisdiction under 28 U.S.C. §1447; and the Court having considered the arguments and submissions of the parties; and for good cause shown;

IT IS HEREBY ORDERED this _____ day of _____, 2018 that federal subject matter jurisdiction is lacking over the complaint in this matter, in that the only asserted basis for federal jurisdiction is CAFA and the amount in controversy in this proposed class action is less than $5 million. Thus, the motion to remand is GRANTED and the complaint is hereby remanded to New Jersey Superior Court.

SO ORDERED.

_____
Hon. Noel L. Hillman, U.S.D.J.